**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GANGSTA' BISHOP GOSPIDON,

              Petitioner

          v.

JOHN A. VASKOV, ESQUIRE DEPUTY
PROTHONOTARY OF THE SUPREME
COURT OF PENNSYLVANIA IN HIS
OFFICIAL CAPACITY,

              Respondent

:  No. 29 MM 2019

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.